UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANA SCOTT KRULEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Washington limited liability company; and JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 14-cv-02860-RMW<br><br>**ORDER VACATING HEARING**<br><br>[Re Docket Nos. 20, 21] |

The court finds the motions to strike, Dkt. Nos. 20 and 21, suitable for decision without oral argument. Civil Local Rule 7-1(b). The hearing set for September 26, 2014 is vacated.

Dated: September 24, 2014

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

ORDER
Case No. 14-CV-2860-RMW
LM

- 1 -