1  SEAN P. FLYNN (SBN: 220184)
   sflynn@gordonrees.com
2  **GORDON & REES LLP**
   2211 Michelson Drive, Suite 400
3  Irvine, CA 92612
   Telephone: (949) 255-6950
4  Facsimile: (949) 474-2060

5  Attorneys for Defendants
   RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
6  AND JEFFERSON CAPITAL SYSTEMS, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 DANA SCOTT KRULEE, on behalf of        CASE NO. 5:14-cv-02860-RMW
   himself and all others similarly situated,
12                                         **ORDER APPROVING
              Plaintiff,                   STIPULATION TO CONTINUE
13                                         SCHEDULING CONFERENCE**
        vs.
14                                         Judge: Hon. Ronald M. Whyte
   RECEIVABLES PERFORMANCE
15 MANAGEMENT, LLC, a Washington
   limited liability company; and JEFFERSON
16 CAPITAL SYSTEMS, LLC, a Georgia
   limited liability company,
17
              Defendants.
18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

-1-
STIPULATION TO CONTINUE SCHEDULING CONFERENCE

**TO THE HONORABLE COURT:**

Due to a calendar conflict for Defense Counsel, the parties hereto stipulate that the Scheduling Conference currently set for January 16, 2015, be continued to January 23, 2015, or to the Court's first available date.

The parties further stipulate that any continuance granted by the Court will not affect the parties filing deadlines relative to the Scheduling Conference.

**IT IS SO STIPULATED.**

Dated: January 7, 2015    **GORDON & REES, LLP**

By: _____*s/ Sean P. Flynn*_____
Sean P. Flynn
Attorneys for Defendants
**RECEIVABLES PERFORMANCE MANAGEMENT, LLC and JEFFERSON CAPITAL SYSTEMS, LLC**

Dated: January 7, 2015    **MCGUIRE WOODS, LLP**

By: _____*s/Susan L. Germaise*_____
Susan L. Germaise
Attorneys for Defendants
**JEFFERSON CAPITAL SYSTEMS, LLC**

Dated: January 7, 2015    **CONSUMER LAW CENTER, INC.**

By: _____*s/ Fred W. Schwinn*_____
Fred W. Schwinn
Attorneys for Plaintiffs
**DANA SCOTT KRULEE**

Öæ^åKFĐHĐÍ

*APPROVED*
*Ronald M. Whyte*
Judge Ronald M. Whyte
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

1098457/21812369v.1

-2-
STIPULATION TO CONTINUE SCHEDULING CONFERENCE