1  SEAN P. FLYNN (SBN: 220184)
   Sflynn@gordonrees.com
2  G. ERIC YOUNG (SBN: 285928)
   geyoung@gordonrees.com
3  GORDON & REES LLP
   2211 Michelson Drive, Suite 400
4  Irvine, CA 92612
   Telephone: (949) 255-6950
5  Facsimile: (949) 474-2060

6  Attorneys for Defendants
   RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
7  AND JEFFERSON CAPITAL SYSTEMS, LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  DANA SCOTT KRULEE, on behalf of himself and all others similarly situated,    CASE NO. 5:14-cv-02860-RMW

13              Plaintiff,                **DEFENDANT'S REQUEST TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE**

14       vs.

15  RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Washington    Date: January 23, 2015
16  limited liability company; and JEFFERSON    Time: 10:30 am
    CAPITAL SYSTEMS, LLC, a Georgia    Courtroom: 6
17  limited liability company,    Judge: Hon. Ronald M. Whyte

18              Defendants.

19
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-1-
DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE

**Gordon & Rees LLP**
**2211 Michelson Drive Suite 400**
**Irvine, CA 92612**

1  TO THE CLERK, EACH PARTY AND THE ATTORNEY OF RECORD
2  FOR EACH PARTY HEREIN:

3  PLEASE TAKE NOTICE that pursuant to this Court's procedures,
4  Defendants RECEIVABLES PERFORMANCE MANAGEMENT, LLC, and
5  JEFFERSON CAPITAL SYSTEMS, LLC, by and through their attorney of record,
6  will and hereby does move this Honorable Court for an order permitting Sean P.
7  Flynn to appear by telephone at the Scheduling Conference set to occur on January
8  23, 2015 at 10:30 a.m.

9  Mr. Flynn is located in Orange County and to appear in person at this
10 scheduling conference will be a substantial cost that may be reasonably avoided by
11 a telephonic appearance.  For the foregoing reasons, Defendants respectfully
12 request that this Court permit Mr. Flynn to appear telephonically.

14 Dated: January 16, 2015           **GORDON & REES, LLP**

16                                    By:      *s/ Sean P. Flynn*
                                      Sean P. Flynn
17                                    G. Eric Young
                                      Attorneys for Defendants
18                                    **RECEIVABLES PERFORMANCE**
                                      **MANAGEMENT, LLC and JEFFERSON**
19                                    **CAPITAL SYSTEMS, LLC**



APPROVED
Judge Ronald M. Whyte

-2-
DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE