Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SCOTT KRULEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Washington limited liability company; and JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia limited liability company,<br><br>Defendants. | CASE NO. 5:14-cv-02860-RMW<br><br>**[] ORDER GRANTING STIPULATION EXTENDING FILING DEADLINES ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>(**L.R. 6-1 and 6-2**)<br><br>Judge: Hon. Ronald M. Whyte |

**IS HEREBY ORDERED** that the Parties' Stipulation Extending the Filing Deadlines on Defendants' Motion to Compel Arbitration is **GRANTED** as follows: Plaintiff shall have fourteen (14) days from the date of the entry of this Order to file a supplemental opposition to Defendants' Motion to Compel Arbitration. Defendants shall have seven (7) days from the date Plaintiff files his supplemental opposition to file a reply. The May 8, 2015 hearing date on the Motion to Compel Arbitration shall remain on calendar.

Dated: _____, 2015      _____
                             The Honorable Ronald M. Whyte

-1-
[] ORDER GRANTING STIPULATION TO EXTEND FILING DEADLINES FOR
DEFENDANTS' MOTION TO COMPEL ARBITRATION