Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SCOTT KRULEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Washington limited liability company; and JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia limited liability company,<br><br>Defendants. | CASE NO. 5:14-cv-02860-RMW<br><br>**ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING RE MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Ronald M. Whyte |

///
///
///
///
///
///
///
///

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO COMPEL ARBITRATION

1   Having reviewed the Stipulation to Continue Case Management Conference
2   and Hearing re Motion to Compel Arbitration, the Court grants the request to
3   continue the hearing to May 22, 2015.
4   This Order does not alter the Parties filing deadlines relative to the Case
5   Management Conference or Motion to Compel.

7   **IT IS SO ORDERED**

8   DATED: _____    BY: *Ronald M. Whyte*
9                                          **Hon. Ronald M. Whyte**