UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA SCOTT KRULEE,<br><br>  Plaintiff,<br><br>  v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, et al.,<br><br>  Defendants. | Case No.  5:14-cv-02860-RMW<br><br>**ORDER REQUESTING RESPONSE** |

Having reviewed the parties' submissions on defendants' motion to compel arbitration, the court orders defendants to file with the court either the Assignment from First National to CompuCredit pertaining to the account at issue in this case, or a declaration explaining why the Assignment cannot be produced.  Defendant's response shall be filed no later than Monday, May 18, 2015.

**IT IS SO ORDERED**.

Dated: May 11, 2015

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge

5:14-cv-02860-RMW
ORDER REQUESTING RESPONSE                1